IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JORGE ALEJANDRO ROJAS | : |
| | : Case No.: 1:24-cv-10549 |
| Plaintiff, | : |
| | : Judge Andrea R. Wood |
| v. | : |
| | : |
| INSURANCE SUPERMARKET INC. | : |
| | : |
| Defendant. | : |
| _____/ | |

**SECOND DECLARATION OF SIDNEY RUA IN SUPPORT OF DEFENDANT INSURANCE SUPERMARKET INC.'S MOTION TO VACATE ENTRY OF DEFAULT**

I, Sidney Rua, declare as follows:

1. I am Vice President of Privacy, Compliance & Legal at Insurance Supermarket Inc.("ISI") I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify to the matters stated herein.

2. In my role at ISI, all communications from outside counsel regarding Telephone Consumer Protection Act lawsuits are directed to me.

3. I have reviewed ISI's communication with Linn Gillen from Jackson Lewis P.C. Ms. Gillen did not send any communications to me regarding this lawsuit.

4. Ms. Gillen did not inform me about the existence of the present lawsuit, service in the present lawsuit, or any communication with Plaintiff herein.

5. ISI has no record of any attorney-client relationship with Matthew Pitts. Matthew Pitts has never communicated with ISI about the present lawsuit.

1

6. I have reviewed ISI's internal records and found that an individual using the name "Jorge Rojas" and the at-issue number ending in 4004 consented to receiving marketing calls and text messages on July 12, 2024.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on ___6/23/2025___, at ___Newmarket, Ontario, Canada___

*[Signed by: signature, F831A565159741C...]*

**Sidney Rua**
Vice President of Privacy, Compliance & Legal,
Insurance Supermarket Inc.