UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Jorge Alejandro Rojas
                               Plaintiff,

v.                                                           Case No.: 1:24−cv−10549
                                                             Honorable Andrea R. Wood

Insurance Supermarket Inc., et al.
                               Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, July 8, 2025:

      MINUTE entry before the Honorable Andrea R. Wood: Telephonic status hearing
held on 7/8/2025. For the reasons stated on the record, Defendant's motion to vacate entry
of default [21] is granted. The previously entered order of default as to Defendant
Insurance Supermarket Inc. [17] is vacated. Defendant Insurance Supermarket shall
answer or otherwise respond to Plaintiff's complaint by 7/18/2025. Plaintiff's motion for
default judgment [18] is denied without prejudice. By 7/25/2025, the parties are directed
to meet and confer and file a joint status report, not to exceed five pages in length. The
initial status report shall provide the information described on the Court's website at
www.ilnd.uscourts.gov under District Judges, Judge Andrea R. Wood, Initial Status
Conference. Telephonic status hearing set for 8/6/2025 at 9:30 AM. The call−in number is
(650) 479−3207 and the access code is 1808131170. To ensure public access to court
proceedings, members of the public and media may call in to listen to telephonic hearings.
Persons granted remote access to proceedings are reminded of the general prohibition
against photographing, recording, and rebroadcasting of court proceedings. Violation of
these prohibitions may result in sanctions, including removal of court−issued media
credentials, restricted entry to future hearings, denial of entry to future hearings, or any
other sanctions deemed necessary by the Court. Mailed notice (lma, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.