# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Jorge Alejandro Rojas

                        Plaintiff,

v.

                                    Case No.: 1:24–cv–10549
                                    Honorable Andrea R. Wood

Insurance Supermarket Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 18, 2025:

      MINUTE entry before the Honorable Andrea R. Wood: Telephonic status hearing held on 12/18/2025. The Court acknowledges Plaintiff's notice of settlement [44]. By 1/5/2026, Plaintiff shall file either dismissal papers or a short status report explaining the reason for their delay in doing so. Defendant's motion to dismiss 12(b)(6) [37] is terminated as moot. Mailed notice. (vjd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.